**UNITED STATES of America,**
**Appellee,**

v.

**Byron SPEARS, Appellant.**

**No. 05–3658.**

United States Court of Appeals,
Eighth Circuit.

Submitted Oct. 19, 2005.

Decided Oct. 26, 2005.

See also 235 F.3d 1150.

William L. Meiners, U.S. Attorney's Office, Kansas City, MO, for Plaintiff–Appellee.

Byron Spears, Rochester, MN, pro se.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

In this criminal case, Byron Spears appeals the district court's[1] judgment denying his motion for a downward departure based on poor health. We lack jurisdiction, however, because Spears filed his notice of appeal well beyond ten days after the order denying relief, and even if his pleading could be construed as civil in nature, his notice of appeal was filed more than sixty days after the dispositive ruling. *See* Fed. R.App. P. 4(a)(1)(B); 4(b)(1)(A); *United States v. Stute Co.*, 402 F.3d 820, 822 (8th Cir.2005) (timely notice of appeal is mandatory and jurisdictional). Accordingly, the motion for appointment of counsel is denied, and we dismiss this appeal. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.